# EXHIBIT "C"

## SUMMARY OF BILLING BY PROFESSIONAL

The hourly rates below reflect what Applicant generally charges non-bankruptcy clients for similar services. A breakdown among the persons rendering the services are as follows:

| Name of Professional Person | Position of the Professional Person, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Scott L. Hazan ("SLH") | Chairman of Insolvency Department and Member of firm since 1980, specializing in insolvency law. | $625 | 0.1 | $62.50 |
| Brett H. Miller ("BHM") | Member of firm since January 2001, specializing in insolvency law, previously an associate for 9 years, admitted in 1992. | $495 | 27.2 | $13,464.00 |
| Rosanne A. Finkel ("RAF") | Associate at firm since September 1995, specializing in insolvency law, admitted in 1996. | $450 | 6.7 | $3,015.00 |
| Harris J. Diamond ("HJD") | Associate at firm since October 2002, specializing in insolvency law, admitted in 2001. | $250 | 76.8 | $19,200.00 |
| Ellen M. Allen ("EMA") | Paraprofessional | $175 | 3.0 | $525.00 |
| | **GRAND TOTAL:** | | **113.8** | **$36,266.50** |
| **BLENDED HOURLY RATE:** $318 | | | | |