EXHIBIT "D"

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Review of Financial Information/Business Operations | 3.1 | $1,142.50 |
| Investigation/Asset Analysis & Recovery | 46.0 | $15,313.00 |
| Debtor-in-Possession Financing | 38.0 | $11,475.00 |
| Committee Meetings/Preparation and Participation | 10.1 | $4,068.50 |
| Communications with Creditors' Committee and Creditors | 4.9 | $1,112.50 |
| Lease and Real Estate Analysis and Related Work | 0.5 | $125.00 |
| Fee/Employment Objections | 5.0 | $1,380.00 |
| Preparation of Applications for Allowance/Employment | 5.1 | $1,275.00 |
| Employee Benefits/Pension/General Labor | 1.1 | $375.00 |
| **TOTALS:** | **113.8** | **$36,266.50** |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

MAY 28, 2003
BILL NO. 121545

Client/Matter No.: 90332/0001
Matter Name: CHAPTER 11
Billing Partner: SCOTT L HAZAN

For Services Rendered Through April 30, 2003:

| Phase: 26 | | Review Financial Info/Business Operation | |
|---|---|---|---|
| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 04/03/03 BHM | Conference/ Accountants W/ SIMMS AND TOBIN RE: CASE ISSUES | 1.00 | 495.00 |
| 04/04/03 BHM | Telephone Call(s) - Accountant W/ TOBIN RE: DEBTOR'S PROJECTIONS | .20 | 99.00 |
| 04/17/03 HJD | Examine Documents REVIEW FLASH REPORT (4/7/03) | .30 | 75.00 |
| 04/21/03 BHM | Examine Documents RE: FINANCIAL UPDATE FROM EYCF | .30 | 148.50 |
| 04/21/03 HJD | Examine Documents REVIEW MONTHLY OPERATING REPORTS - FEBRUARY | 1.00 | 250.00 |
| 04/24/03 HJD | Examine Documents REVIEW FLASH REPORT (4/14/03) | .30 | 75.00 |
| TOTAL PHASE 26 | | 3.10 | $ 1,142.50 |

| Phase: 27 | | Investigation/Asset Analysis & Recovery | |
|---|---|---|---|
| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  90332/0001
Page 2

MAY 28, 2003
BILL NO. 121545

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/01/03 HJD | Telephone Call(s)<br>PHONE CALL WITH CHRIS WARD RE: VARIOUS ISSUES | .60 | 150.00 |
| 04/02/03 HJD | Telephone Call(s)<br>PHONE CALL WITH DANIELLE TOBIN RE: INTERIM FEE APPLICATIONS | .10 | 25.00 |
| 04/02/03 HJD | Telephone Call(s)<br>PHONE CALL WITH CHRIS WARD RE: QUARTERLY FEE STATEMENTS | .10 | 25.00 |
| 04/03/03 BHM | Conference/ Debtor<br>W/ DEBTORS, FLEET, BKC RE: CASE ISSUES | 4.00 | 1,980.00 |
| 04/03/03 BHM | Examine Documents<br>RE: MOTION TO ASSUME PROSI AGREEMENT | .30 | 148.50 |
| 04/03/03 HJD | Conference(s) in Office<br>MEETING WITH COMMITTEE AND DEBTORS | 2.50 | 625.00 |
| 04/03/03 HJD | Conference out of Office<br>MEETING WITH COMMITTEE, FLEET, BKC AND DEBTORS | 2.50 | 625.00 |
| 04/03/03 HJD | Correspondence<br>E-MAIL CORRESPONDENCE WITH JASON COHEN AND CHRIS WARD RE: ADJOURNMENT TO HEARINGS | .20 | 50.00 |
| 04/03/03 HJD | Examine Documents<br>REVIEW AGENDA FOR 4/10/03 HEARINGS | .20 | 50.00 |
| 04/04/03 BHM | Examine Documents<br>RE: ANALYSIS OF PROCEEDS | .90 | 445.50 |
| 04/04/03 BHM | Memo<br>RE: MEETING W/ DEBTORS, FLEET AND BKC | .50 | 247.50 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

| Client/Matter: 90332/0001 | | | MAY 28, 2003 |
|---|---|---|---|
| Page 3 | | | BILL NO. 121545 |

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/04/03 HJD | Correspondence<br>E-MAIL CORRESPONDENCE RE: PROFESSIONALS FEES WITH DEBTOR'S COUNSEL | .20 | 50.00 |
| 04/04/03 HJD | Pacer-Docket Check<br>CHECK DOCKET RE: NEW MOTIONS | .20 | 50.00 |
| 04/04/03 HJD | Examine Documents<br>REVIEW EYCF PRESENTATION | .50 | 125.00 |
| 04/04/03 HJD | Telephone Call(s)<br>PHONE CALL WITH STEVE SIMMS AND DANIELLE TOBIN RE: EYCF PRESENTATION | .20 | 50.00 |
| 04/04/03 HJD | Examine Documents<br>REVIEW BAYARD FEE APPLICATION | 1.40 | 350.00 |
| 04/04/03 HJD | Examine Documents<br>REVIEW DSI FEE APPLICATION | 1.00 | 250.00 |
| 04/07/03 BHM | Examine Documents<br>RE: PROCEED SHARING ANALYSIS | .50 | 247.50 |
| 04/07/03 BHM | Telephone Call(s) - Accountant<br>W/ TOBIN RE: SHARING ANALYSIS | .30 | 148.50 |
| 04/07/03 BHM | Telephone Call(s) - Creditors Committee<br>W/ HAMBLETT RE: FLEET ISSUES | .30 | 148.50 |
| 04/07/03 HJD | Telephone Call(s)<br>PHONE CALL WITH DANIELLE TOBIN | .10 | 25.00 |
| 04/07/03 HJD | Examine Documents<br>REVIEW DELOITTE DRAFT ORDER | .20 | 50.00 |
| 04/08/03 HJD | Examine Documents<br>Review new pleadings; draft memos re: same | 1.30 | 325.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 90332/0001  MAY 28, 2003
Page 4  BILL NO. 121545

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/09/03 BHM | Telephone Call(s) - Debtor's Attorney W/ GLASSMAN RE: OMNIBUS HEARING ISSUES | .30 | 148.50 |
| 04/09/03 EMA | Examine Documents memos, corresp, emails | .40 | 70.00 |
| 04/09/03 EMA | Examine Documents various flash reports | .30 | 52.50 |
| 04/09/03 HJD | Pacer-Docket Check CHECK DOCKET RE: NEW HEARINGS/MOTIONS | .20 | 50.00 |
| 04/09/03 HJD | Prepare for Meeting PREPARE MATERIALS FOR 4/10/03 HEARING | .50 | 125.00 |
| 04/09/03 HJD | Examine Documents REVIEW AMENDED AGENDA FOR 4/10/03/HEARING | .20 | 50.00 |
| 04/10/03 BHM | Attendance at Court (Motion) RE: OMNIBUS HEARINGS AND DISCUSSIONS WITH DEBTORS COUNSEL | 2.00 | 990.00 |
| 04/10/03 BHM | Travel time/Court (motion) RE: TRAVEL TO WILMINGTON FOR HEARING | 3.00 | 1,485.00 |
| 04/10/03 BHM | Prepare for Court Appearance RE: OMNIBUS HEARINGS | 1.30 | 643.50 |
| 04/10/03 HJD | Attendance at Court (Motion) Attend hearings in Delaware | 5.00 | 1,250.00 |
| 04/10/03 HJD | Prepare for Meeting Prepare materials for hearings in Delaware | .50 | 125.00 |
| 04/10/03 HJD | Examine Documents Review weekly Flash Reports | .30 | 75.00 |

| Client/Matter: | 90332/0001 | | MAY 28, 2003 |
|---|---|---|---|
| Page 5 | | | BILL NO. 121545 |

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/11/03 HJD | Memo<br>MEMO RE: MEETINGS HELD ON 4/3/03 | 1.00 | 250.00 |
| 04/11/03 HJD | Memo<br>MEMO RE: 4/10/03 COURT HEARINGS | .50 | 125.00 |
| 04/11/03 HJD | Examine Documents<br>REVIEW RETENTION AGREEMENTS OF IMPALA PARTNERS & CYPRESS GROUP | 1.30 | 325.00 |
| 04/14/03 HJD | Memo<br>MEMO RE: RETENTION OF CYPRESS/IMPALA | 1.20 | 300.00 |
| 04/14/03 HJD | Memo<br>MEMO RE: MEETING WITH BKC/FLEET ON 4/3/03 | .90 | 225.00 |
| 04/15/03 HJD | Examine Documents<br>REVIEW WEEKLY FLASH REPORT (3/31/03) | .30 | 75.00 |
| 04/15/03 HJD | Memo-File<br>MEMO RE: FEE APPLICATIONS | .30 | 75.00 |
| 04/15/03 HJD | Telephone Call(s)<br>PHONE CALL WITH STEVE YODER RE: COMMITTEE PROPOSAL | .40 | 100.00 |
| 04/15/03 HJD | Telephone Call(s)<br>PHONE CALL WITH JASON COHEN RE: COMMITTEE PROPOSAL | .40 | 100.00 |
| 04/16/03 EMA | Examine Documents<br>various monthlies | .40 | 70.00 |
| 04/16/03 HJD | Correspondence<br>E-MAIL CORRESPONDENCE RE: COMMITTEE PROPOSAL | .30 | 75.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

| Client/Matter: 90332/0001 | | | MAY 28, 2003 |
|---|---|---|---|
| Page 6 | | | BILL NO. 121545 |

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/16/03 HJD | Telephone Call(s) PHONE CALL WITH STEVE SIMMS RE: COMMITTEE PROPOSAL | .20 | 50.00 |
| 04/21/03 BHM | Examine Documents RE: SUMMARY OF UPCOMING MOTIONS | .50 | 247.50 |
| 04/21/03 HJD | Pacer-Docket Check DOCKET SEARCH/REVIEW | .20 | 50.00 |
| 04/21/03 HJD | Memo DRAFT/REVIEW AGENDA AND OTHER MATERIALS FOR 4/22/03 COMMITTEE MEETING | 1.60 | 400.00 |
| 04/21/03 HJD | Telephone Call(s) PHONE CALL WITH DANIELLE TOBIN RE: DEBTORS' PROPOSED MOTIONS | .20 | 50.00 |
| 04/22/03 BHM | Telephone Call(s) W/ BROZMAN RE: COMMITTEE PROPOSAL TO FLEET | .10 | 49.50 |
| 04/22/03 BHM | Examine Documents RE: PROPOSED IMPALA, CYPRESS AND KERP PLEADINGS | 1.70 | 841.50 |
| 04/22/03 BHM | Memo RE: IMPALA, CYPRESS AND KERP PLEADINGS | .20 | 99.00 |
| 04/22/03 HJD | Memo MEMO TO FILE RE: CONFERENCE CALL | .40 | 100.00 |
| 04/23/03 HJD | Pacer-Docket Check REVIEW DOCKET | .20 | 50.00 |
| 04/23/03 HJD | Telephone Call(s) PHONE CALL WITH STEVE YODER RE: NEW MOTIONS | .10 | 25.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 90332/0001  
Page 7

MAY 28, 2003  
BILL NO. 121545

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/23/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH CHRIS WARD RE: STATUS OF UPCOMING MOTIONS | .20 | 50.00 |
| 04/28/03<br>HJD | Memo<br>DRAFT SUMMARY OF RECENTLY FILED MOTIONS | .60 | 150.00 |
| 04/28/03<br>HJD | Pacer-Docket Check<br>CHECK DOCKET | .30 | 75.00 |
| 04/29/03<br>HJD | Pacer-Docket Check<br>DOCKET SEARCH RE: NEW PLEADINGS | .20 | 50.00 |
| 04/30/03<br>HJD | Correspondence<br>EMAIL CORRESPONDENCE WITH DEBTORS RE: PAYMENT OF FEES AND EXPENSE | .10 | 25.00 |
| 04/30/03<br>HJD | Pacer-Docket Check<br>DOCKET CHECK | .10 | 25.00 |
| **TOTAL PHASE 27** | | **46.00** | **$ 15,313.00** |

| Phase: 28 | | | Debtor-in-Possession Financing |
|---|---|---|---|

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/02/03<br>HJD | Examine Documents<br>REVIEW REVISED CASH COLLATERAL ORDER AND BUDGETS | .80 | 200.00 |
| 04/03/03<br>BHM | Examine Documents<br>RE: NINTH CASH COLLATERAL ORDER | .40 | 198.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

| Client/Matter: 90332/0001 | MAY 28, 2003 |
| Page 8 | BILL NO. 121545 |

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/04/03<br>HJD | Examine Documents<br>REVIEW DRAFT CASH COLLATERAL ORDER AND BUDGET | .80 | 200.00 |
| 04/04/03<br>HJD | Examine Documents<br>REVIEW DIP TERM SHEET | 1.10 | 275.00 |
| 04/04/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH MARY DENEVI RE: CASH COLLATERAL ORDER AND BUDGET | .20 | 50.00 |
| 04/04/03<br>HJD | Correspondence<br>E-MAIL CORRESPONDENCE WITH CHRIS WARD AND JASON COHEN RE: CASH COLLATERAL ORDER | .20 | 50.00 |
| 04/07/03<br>HJD | Examine Documents<br>REVIEW NINTH INTERIM CASH COLLATERAL ORDER; DISCUSS WITH BHM | .60 | 150.00 |
| 04/07/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH STEVE YODER | .20 | 50.00 |
| 04/07/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH KAY KRESS | .20 | 50.00 |
| 04/09/03<br>BHM | Telephone Call(s) - Accountant<br>W/ SIMMS RE: CASH COLLATERAL BUDGET | .20 | 99.00 |
| 04/10/03<br>SLH | Examine Documents<br>DIP STATUS | .10 | 62.50 |
| 04/10/03<br>BHM | Examine Documents<br>RE: TENTH INTERIM CASH COLLATERAL ORDER | .60 | 297.00 |
| 04/10/03<br>BHM | Conference out of Office<br>W/ KAYE RE: DIP FINANCING ISSUES | 1.50 | 742.50 |

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/10/03<br>BHM | Examine Documents<br>RE: NINTH INTERIM CASH COLLATERAL ORDER | .40 | 198.00 |
| 04/14/03<br>RAF | Examine Documents<br>proposed interim DIP order | .40 | 180.00 |
| 04/14/03<br>HJD | Examine Documents<br>REVIEW PROPOSED DIP ORDER | 1.50 | 375.00 |
| 04/14/03<br>HJD | Telephone Call(s)<br>P/C STEVE SIMMS RE: DIP & KERP ORDERS | .20 | 50.00 |
| 04/15/03<br>RAF | Research<br>DIP motion issues | .80 | 360.00 |
| 04/15/03<br>HJD | Correspondence<br>E-MAIL CORRESPONDENCE RE: TENTH CASH COLLATERAL ORDER | .50 | 125.00 |
| 04/15/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH KAY KRESS RE: TENTH CASH ORDER | .20 | 50.00 |
| 04/15/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH DANIELLE TOBIN RE: TENTH CASH COLLATERAL ORDER | .20 | 50.00 |
| 04/15/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH JASON JACK RE: TENTH CASH COLLATERAL ORDER | .20 | 50.00 |
| 04/16/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH CHRIS WARD RE: TENTH INTERIM CASH COLLATERAL ORDER | .20 | 50.00 |
| 04/16/03<br>HJD | Examine Documents<br>REVIEW REVISED DIP AND CASH COLLATERAL BUDGETS | 1.00 | 250.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 90332/0001  
Page 10

MAY 28, 2003  
BILL NO. 121545

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/16/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH TOBIN RE: DIP BUDGET | .40 | 100.00 |
| 04/22/03<br>BHM | Telephone Call(s)<br>W/ KRESS RE: CASH COLLATERAL AND DIP ISSUES | .20 | 99.00 |
| 04/22/03<br>BHM | Telephone Call(s) - Creditors Committee<br>W/ KAYE RE: DIP ISSUES | .20 | 99.00 |
| 04/23/03<br>HJD | Prepare Legal Papers<br>DRAFT OBJECTION TO DIP/KERP/IMPALA/CYPRESS MOTIONS | 4.20 | 1,050.00 |
| 04/24/03<br>HJD | Prepare Legal Papers<br>PREPARE OBJECTION TO MOTIONS; DISCUSS WITH BHM | 5.60 | 1,400.00 |
| 04/24/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH STEVE SIMMS RE: STATUS OF DEBTORS' MOTIONS | .20 | 50.00 |
| 04/24/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH KAY KRESS RE: OBJECTION TO MOTIONS | .20 | 50.00 |
| 04/25/03<br>HJD | Prepare Legal Papers<br>DRAFT/REVIEW/REVISE OBJECTION; DISCUSS WITH BHM | 3.40 | 850.00 |
| 04/28/03<br>HJD | Examine Documents<br>REVIEW TENTH CASH COLLATERAL ORDER | 1.00 | 250.00 |
| 04/28/03<br>HJD | Prepare Legal Papers<br>REVEIW/REVISE OBJECTION TO DEBTORS' MOTIONS | .80 | 200.00 |

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/28/03 HJD | Correspondence<br>E-MAIL CORRESPONDENCE COUNSEL TO DEBTORS, FLEET AND BKC RE: CASH BUDGET | .30 | 75.00 |
| 04/29/03 RAF | Prepare Legal Papers<br>C/C RESPONSE TO DIP, KERP, IMPALA & CYPRESS MOTIONS | 3.80 | 1,710.00 |
| 04/29/03 RAF | Examine Documents<br>DIP MOTION | .40 | 180.00 |
| 04/29/03 HJD | Correspondence<br>E-MAIL CORRESPONDENCE RE: CASH COLLATERAL ORDER | .20 | 50.00 |
| 04/29/03 HJD | Examine Documents<br>REVIEW CASH COLLATERAL AND FEE BUDGET | .70 | 175.00 |
| 04/29/03 HJD | Prepare Legal Papers<br>REVISE OBJECTION TO DEBTORS' MOTIONS | 3.80 | 950.00 |
| 04/30/03 HJD | Correspondence<br>EMAIL CORRESPONDENCE WITH DEBTORS RE: ELEVENTH INTERIM CASH COLLATERAL ORDER | .10 | 25.00 |
| TOTAL PHASE 28 | | 38.00 | $ 11,475.00 |

| Phase: 29 | | | Committee Meetings |
|---|---|---|---|
| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 04/03/03 BHM | Attend Creditors Meeting<br>W/ COMMITTEE RE: CASE STATUS ISSUES | 2.50 | 1,237.50 |

Client/Matter:  90332/0001  
Page 12

MAY 28, 2003  
BILL NO. 121545

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/04/03<br>HJD | Telephone Call(s) - Creditors Committee<br>COMMITTEE CONFERENCE CALL | 1.20 | 300.00 |
| 04/08/03<br>HJD | Minutes of Creditors Committee Meeting<br>Draft minutes of meeting with Debtors | 1.00 | 250.00 |
| 04/18/03<br>BHM | Prepare for Creditors Meeting<br>RE: COMMITTEE CONFERENCE CALL MATERIALS | 1.80 | 891.00 |
| 04/21/03<br>BHM | Examine Documents<br>RE: AGENDA AND EXHIBITS FOR 4/22<br>COMMITTEE CALL | .70 | 346.50 |
| 04/22/03<br>BHM | Telephone Call(s) - Creditors Committee<br>W/ COMMITTEE RE: CASE STATUS AND<br>UPCOMING MOTIONS | 1.30 | 643.50 |
| 04/22/03<br>HJD | Telephone Call(s) - Creditors Committee<br>COMMITTEE CONFERENCE CALL | 1.10 | 275.00 |
| 04/22/03<br>HJD | Prepare for Creditors Meeting<br>REVIEW MATERIALS FOR CONFERENCE CALL | .50 | 125.00 |
| TOTAL PHASE 29 | | 10.10 | $ 4,068.50 |

Phase: 30                             Communications with Creditors' Committee

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/01/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH LAURA MORAN RE: MEETING<br>WITH DEBTORS | .10 | 25.00 |
| 04/02/03<br>EMA | Telephone Call(s) - Creditors Committee<br>arrange for various conference calls | .60 | 105.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter: 90332/0001  
Page 13

MAY 28, 2003  
BILL NO. 121545

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/02/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH CAMILLE TOMAO RE: MEETING WITH DEBTORS | .10 | 25.00 |
| 04/02/03<br>HJD | Correspondence<br>DRAFT E-MAIL RE: 4/3/03 MEETINGS; CORRESPONDENCE WITH COMMITTEE RE: SAME | .40 | 100.00 |
| 04/02/03<br>HJD | Correspondence<br>E-MAIL CORRESPONDENCE FRANK HAMBLETT | .20 | 50.00 |
| 04/09/03<br>HJD | Correspondence<br>E-MAIL CORRESPONDENCE WITH COMMITTEE | .30 | 75.00 |
| 04/11/03<br>HJD | Correspondence<br>EMAIL CORRESPONDENCE WITH COMMITTEE RE: 4/10 HEARINGS | .20 | 50.00 |
| 04/14/03<br>HJD | Correspondence<br>EMAIL CORRESPONDENCE WITH COMMITTEE | .20 | 50.00 |
| 04/16/03<br>EMA | Examine Documents<br>memos, corres, flash reports | .60 | 105.00 |
| 04/16/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH FRANK HAMBLETT | .30 | 75.00 |
| 04/17/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH BILL KAYE RE: COMMITTEE CALL | .10 | 25.00 |
| 04/17/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH STEVE SIMMS RE: COMMITTEE CALL | .30 | 75.00 |
| 04/17/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH FRANK HAMBLETT RE: COMMITTEE CALL | .20 | 50.00 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:  90332/0001  
Page 14

MAY 28, 2003  
BILL NO. 121545

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/17/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH DANIELLE TOBIN RE: COMMITTEE PRESENTATION | .20 | 50.00 |
| 04/17/03<br>HJD | Correspondence<br>E-MAIL CORRESPONDENCE WITH COMMITTEE RE: CONFERENCE CALL | .30 | 75.00 |
| 04/24/03<br>HJD | Minutes of Creditors Committee Meeting<br>MINUTES OF APRIL 22, 2003 COMMITTEE MEETING | .30 | 75.00 |
| 04/28/03<br>EMA | Examine Documents<br>arrange for conference call | .30 | 52.50 |
| 04/28/03<br>HJD | Correspondence<br>E-MAIL CORRESPONDENCE RE: COMMITTEE PROPOSAL | .20 | 50.00 |
| TOTAL PHASE 30 | | 4.90 | $ 1,112.50 |

Phase: 31                                               Lease and Real Estate Analysis & Related

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/08/03<br>HJD | Correspondence<br>E-mail correspondence re: sale of real estate | .30 | 75.00 |
| 04/08/03<br>HJD | Telephone Call(s)<br>P/C Chris Ward re: sale of leases | .10 | 25.00 |
| 04/08/03<br>HJD | Telephone Call(s)<br>P/C Kay Kress re: sale of real estate | .10 | 25.00 |
| TOTAL PHASE 31 | | .50 | $ 125.00 |

| Phase: 32 | | | Preparation of Application for Allowance |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/02/03 HJD | Prepare Application for Allowance<br>DRAFT THIRD INTERIM FEE STATEMENT | 1.10 | 275.00 |
| 04/02/03 HJD | Prepare Interim Applic. for Allowance<br>DRAFT FIRST INTERIM QUARTERLY FEE APPLICATION | 1.00 | 250.00 |
| 04/07/03 HJD | Prepare Interim Applic. for Allowance<br>PREPARE THIRD INTERIM FEE APPLICATION FOR FILING | .30 | 75.00 |
| 04/28/03 HJD | Prepare Interim Applic. for Allowance<br>DRAFT FOURTH INTERIM FEE STATEMENT | 1.70 | 425.00 |
| 04/29/03 HJD | Prepare Interim Applic. for Allowance<br>REVISE FOURTH INTERIM FEE STATEMENT | .80 | 200.00 |
| 04/30/03 HJD | Memo<br>MEMO RE: FOURTH INTERIM FEE APPLICATION | .20 | 50.00 |
| TOTAL PHASE 32 | | 5.10 | $ 1,275.00 |

| Phase: 35 | | | Fee/Employment Objections |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/01/03 HJD | Telephone Call(s)<br>PHONE CALL WITH DANIELLE TOBIN RE: DELOITTE MOTION | .20 | 50.00 |

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/01/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH JASON COHEN RE: DELOITTE MOTION | .40 | 100.00 |
| 04/01/03<br>HJD | Memo<br>DRAFT/REVIEW/REVISE MEMO RE: DELOITTE MOTION | 1.30 | 325.00 |
| 04/01/03<br>HJD | Letter-Debtor's Attorney<br>DRAFT LETTER TO DEBTORS RE: DELOITTE MOTION; REVIEW/DISCUSS WITH BHM | 1.40 | 350.00 |
| 04/02/03<br>HJD | Correspondence<br>E-MAIL CORRESPONDENCE WITH CHRIS WARD RE: DELOITTE MOTION | .30 | 75.00 |
| 04/02/03<br>HJD | Telephone Call(s)<br>PHONE CALL WITH JASON COHEN RE: DELOITTE MOTION | .20 | 50.00 |
| 04/09/03<br>EMA | Examine Documents<br>various monthly statements & CNOs, | .40 | 70.00 |
| 04/29/03<br>RAF | Examine Documents<br>IMPALA MOTION | .40 | 180.00 |
| 04/29/03<br>RAF | Examine Documents<br>CYPRESS MOTION | .40 | 180.00 |
| TOTAL PHASE 35 | | 5.00 | $ 1,380.00 |

Phase: 36                                    Employee Benefits/Pension/General Labor

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

Client/Matter: 90332/0001　　　　　　　　　　　　　　　　MAY 28, 2003
Page 17　　　　　　　　　　　　　　　　　　　　　　　　　BILL NO. 121545

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/11/03<br>HJD | Examine Documents<br>REVIEW REVISED KERP MOTION | .60 | 150.00 |
| 04/29/03<br>RAF | Examine Documents<br>KERP MOTION | .50 | 225.00 |
| TOTAL PHASE 36 | | 1.10 | $ 375.00 |
| | TOTAL FOR SERVICES | | $ 36,266.50 |