EXHIBIT "E"

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses[2] |
|---|---|---|
| Air Freight | | $9.97 |
| Photocopies ($.15 per page) | | $123.45 |
| Laser Copies | | $91.05 |
| Overtime - Clerical | | $96.00 |
| Telephone calls (tolls only) | | $98.96 |
| Transportation and local fares | | $423.00 |
| **TOTALS** | | **$842.43** |

---

[2] The date that appears on the annexed disbursement detail for a particular disbursement is, as to certain disbursements (e.g., Transportation), the date the disbursement is recorded in the computer records and not the date of actual incurrence.

223792-1

Client/Matter: 90332/0001  MAY 28, 2003
Page 18  BILL NO. 121545

DISBURSEMENTS FOR YOUR ACCOUNT

| | | |
|---|---|---:|
| Laser Copies | 04/01/03 | .45 |
| Laser Copies | 04/01/03 | .60 |
| Telephone Calls (tolls only) | 04/01/03 | 1.00 |
| Telephone Calls (tolls only) | 04/01/03 | 1.00 |
| Laser Copies | 04/02/03 | 3.60 |
| Laser Copies | 04/02/03 | 2.85 |
| Laser Copies | 04/02/03 | .90 |
| Laser Copies | 04/02/03 | .60 |
| Laser Copies | 04/02/03 | .75 |
| Laser Copies | 04/02/03 | .75 |
| Telephone Calls (tolls only) | 04/02/03 | 1.00 |
| Laser Copies | 04/03/03 | 3.45 |
| Photocopies | 04/03/03 | 8.10 |
| Photocopies | 04/03/03 | 8.10 |
| Telephone Calls (tolls only) | 04/04/03 | 1.00 |
| Photocopies | 04/04/03 | 13.80 |
| Laser Copies | 04/07/03 | .60 |
| Laser Copies | 04/07/03 | .60 |
| Laser Copies | 04/07/03 | .45 |
| Telephone Calls (tolls only) | 04/07/03 | 1.00 |

| | | |
|---|---|---:|
| Telephone Calls (tolls only) | 04/07/03 | 1.00 |
| Photocopies | 04/07/03 | 10.50 |
| Photocopies | 04/07/03 | 4.65 |
| Laser Copies | 04/08/03 | .60 |
| Telephone Calls (tolls only) | 04/08/03 | 1.00 |
| Telephone Calls (tolls only) | 04/08/03 | 1.00 |
| Photocopies | 04/08/03 | .30 |
| Photocopies | 04/08/03 | .60 |
| Photocopies | 04/08/03 | .15 |
| Photocopies | 04/08/03 | 1.65 |
| Photocopies | 04/08/03 | .90 |
| Photocopies | 04/08/03 | 2.40 |
| Laser Copies | 04/09/03 | .45 |
| Laser Copies | 04/09/03 | 2.10 |
| Laser Copies | 04/09/03 | 1.80 |
| Laser Copies | 04/09/03 | 1.05 |
| Photocopies | 04/09/03 | 8.10 |
| Laser Copies | 04/10/03 | 2.70 |
| Laser Copies | 04/10/03 | .60 |
| Laser Copies | 04/10/03 | 1.20 |

| | | |
|---|---|---|
| Laser Copies | 04/10/03 | 1.65 |
| Overtime - Clerical | 04/10/03 | 48.00 |
| Overtime - Clerical | 04/10/03 | 48.00 |
| Photocopies | 04/10/03 | 42.75 |
| Laser Copies | 04/11/03 | 1.05 |
| Laser Copies | 04/11/03 | 1.05 |
| Laser Copies | 04/11/03 | 1.65 |
| Laser Copies | 04/14/03 | 7.50 |
| Photocopies | 04/14/03 | .90 |
| Telephone Calls (tolls only) | 04/15/03 | 1.00 |
| Photocopies | 04/15/03 | .45 |
| Photocopies | 04/16/03 | 1.20 |
| Telephone Calls (tolls only) | 04/17/03 | 1.00 |
| Transportation | 04/18/03 | 106.00 |
| Transportation | 04/18/03 | 99.00 |
| Transportation | 04/18/03 | 99.00 |
| Transportation | 04/18/03 | 6.00 |
| Telephone Calls (tolls only) | 04/18/03 | 1.00 |
| Telephone Calls (tolls only) | 04/18/03 | 1.00 |
| Laser Copies | 04/21/03 | .45 |
| Laser Copies | 04/21/03 | .45 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 90332/0001  MAY 28, 2003
Page 21  BILL NO. 121545

| | | |
|---|---|---|
| Laser Copies | 04/21/03 | .45 |
| Laser Copies | 04/21/03 | 1.05 |
| Laser Copies | 04/21/03 | .90 |
| Laser Copies | 04/21/03 | .75 |
| Laser Copies | 04/21/03 | .75 |
| Laser Copies | 04/21/03 | .75 |
| Laser Copies | 04/21/03 | 2.25 |
| Laser Copies | 04/21/03 | 2.25 |
| Laser Copies | 04/21/03 | 2.25 |
| Telephone Calls (tolls only) | 04/21/03 | 1.00 |
| Laser Copies | 04/22/03 | .45 |
| Laser Copies | 04/22/03 | 1.20 |
| Laser Copies | 04/22/03 | 2.55 |
| Laser Copies | 04/22/03 | 2.55 |
| Air Freight | 04/22/03 | 9.97 |
| Laser Copies | 04/23/03 | 1.95 |
| Telephone Calls (tolls only) | 04/23/03 | 40.60 |
| Telephone Calls (tolls only) | 04/23/03 | 41.36 |
| Telephone Calls (tolls only) | 04/23/03 | 1.00 |
| Laser Copies | 04/24/03 | .60 |

| | | |
|---|---|---|
| Laser Copies | 04/24/03 | 2.85 |
| Telephone Calls (tolls only) | 04/24/03 | 1.00 |
| Laser Copies | 04/25/03 | 3.00 |
| Laser Copies | 04/25/03 | 3.00 |
| Laser Copies | 04/25/03 | 1.50 |
| Laser Copies | 04/25/03 | 1.35 |
| Transportation | 04/25/03 | 106.00 |
| Transportation | 04/25/03 | 7.00 |
| Telephone Calls (tolls only) | 04/25/03 | 1.00 |
| Laser Copies | 04/28/03 | 2.85 |
| Laser Copies | 04/28/03 | .90 |
| Laser Copies | 04/28/03 | .90 |
| Laser Copies | 04/28/03 | .75 |
| Laser Copies | 04/28/03 | .75 |
| Laser Copies | 04/28/03 | .75 |
| Laser Copies | 04/28/03 | .75 |
| Telephone Calls (tolls only) | 04/28/03 | 1.00 |
| Laser Copies | 04/29/03 | 2.70 |
| Laser Copies | 04/29/03 | 3.00 |
| Laser Copies | 04/29/03 | 5.40 |
| Photocopies | 04/29/03 | 2.85 |

Client/Matter: 90332/0001            MAY 28, 2003
Page 23            BILL NO. 121545

| | | |
|---|---|---|
| Photocopies | 04/29/03 | .60 |
| Photocopies | 04/29/03 | 5.55 |
| Photocopies | 04/29/03 | 9.90 |
| | TOTAL DISBURSEMENTS | 842.43 |
| | TOTAL THIS STATEMENT | $ 37,108.93 |