# EXHIBIT "D"

# EXHIBIT "D"

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan of Reorganization | 4.0 | $1,096.00 |
| Investigation/Asset Analysis & Recovery | 5.4 | $1,451.00 |
| Communications with Creditors' Committee | 1.3 | $370.50 |
| Preparation of Applications for Allowance/Employment | .6 | $171.00 |
| Fee/Employment Objections | 1.4 | $278.00 |
| **TOTAL** | 12.7 | $3,366.50 |

382858.1

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

| | | JUNE 28, 2004 |
|---|---|---|
| Client/Matter No.: | 90332/0001 | BILL NO. 128838 |
| Matter Name: | CHAPTER 11 | |
| Billing Partner: | SCOTT L HAZAN | |

For Services Rendered Through May 31, 2004:

| Phase: 23 | | | Plan of Reorganization |
|---|---|---|---|
| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 05/03/04 HJD | Correspondence<br>E-mail correspondence C. Ward re: plan and disclosure statement. | .10 | 28.50 |
| 05/04/04 HJD | Telephone Call(s)<br>D. Hain re: comments to Plan & Disclosure statement, status of winddown. | .20 | 57.00 |
| 05/04/04 HJD | Examine Documents<br>Disclosure Statement, Plan of Reorganization | 1.50 | 427.50 |
| 05/05/04 HJD | Examine Documents<br>BHM re: status of Plan and Disclosure Statement | .20 | 57.00 |
| 05/05/04 HJD | Telephone Call(s)<br>C. Ward re: comments to Plan and Disclosure Statement; Status of winddown and liquidation analysis. | .70 | 199.50 |
| 05/05/04 HJD | Telephone Call(s)<br>D. Hain re: comments to Plan and Disclosure statement. | .50 | 142.50 |
| 05/06/04 HJD | Correspondence<br>C. Ward re: BKC discussions, conversion of cases. | .20 | 57.00 |

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/07/04<br>HJD | Correspondence<br>C. Ward re: status of negotiations with BKC | .20 | 57.00 |
| 05/19/04<br>EMA | Examine Documents<br>Various drafts of plan of reorganization | .40 | 70.00 |
| TOTAL PHASE 23 | | 4.00 | $ 1,096.00 |

Phase: 27                                    Investigation/Asset Analysis & Recovery

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/04/04<br>EMA | Examine Documents<br>Memos, correp, emails | .30 | 52.50 |
| 05/06/04<br>HJD | Examine Documents<br>Agenda for May 17, 2004 hearing. | .10 | 28.50 |
| 05/07/04<br>HJD | Examine Documents<br>Plan Funding Agreement, Amended Cash Collateral Orders | .40 | 114.00 |
| 05/10/04<br>HJD | Correspondence<br>D. Stratton re: general status; conversion | .10 | 28.50 |
| 05/10/04<br>HJD | Correspondence<br>C. Ward re: general status; conversion | .20 | 57.00 |
| 05/11/04<br>AW | Diary & Docket | .20 | 35.00 |
| 05/12/04<br>EMA | Examine Documents<br>Memos, corresp | .30 | 52.50 |

Client/Matter: 90332/0001  
Page 3

JUNE 28, 2004  
BILL NO. 128838

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/14/04<br>HJD | Telephone Call(s)<br>D. Stratton re: hearing on May 17, 2004;<br>general status | .20 | 57.00 |
| 05/14/04<br>HJD | Telephone Call(s)<br>C. Ward re: Motion to Convert and<br>omnibuse hearing on May 17, 2004 | .20 | 57.00 |
| 05/14/04<br>HJD | Examine Documents<br>Initial draft of Motion to Convert;<br>discuss with BHM | .70 | 199.50 |
| 05/17/04<br>HJD | Telephone Call(s) - Court<br>Telephonic Omnibus hearing with court | .90 | 256.50 |
| 05/17/04<br>HJD | Examine Documents<br>Comments/revisions to Motion to Convert;<br>discuss with BHM | .90 | 256.50 |
| 05/18/04<br>HJD | Examine Documents<br>Motion to Convert; discuss w/BHM<br>comments | .40 | 114.00 |
| 05/18/04<br>HJD | Correspondence<br>C. Ward re: comments to Motion to<br>Convert | .20 | 57.00 |
| 05/20/04<br>HJD | Examine Documents<br>Motion to Convert | .30 | 85.50 |
| TOTAL PHASE 27 | | 5.40 | $ 1,451.00 |

Phase: 30                                        Communications with Creditors' Committee

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter: 90332/0001  
Page 4

JUNE 28, 2004  
BILL NO. 128838

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/04/04<br>HJD | Correspondence<br>E-mail Committee re: status of Plan & Disclosure Statement. | .20 | 57.00 |
| 05/06/04<br>HJD | Telephone Call(s)<br>F. Hamblett re: plan and disclosure statement. | .20 | 57.00 |
| 05/14/04<br>HJD | Correspondence<br>J. Lewis re: general status | .10 | 28.50 |
| 05/14/04<br>HJD | Correspondence<br>E-mail to Committee re: general status/conversion | .30 | 85.50 |
| 05/20/04<br>HJD | Correspondence<br>E-mail to Committee re: status; Motion to Convert | .20 | 57.00 |
| 05/25/04<br>HJD | Telephone Call(s)<br>F. Hamblett re: status of conversion; issues | .20 | 57.00 |
| 05/26/04<br>HJD | Correspondence<br>C. Tomao re: Status | .10 | 28.50 |
| TOTAL PHASE 30 | | 1.30 | $ 370.50 |

Phase: 32                                  Preparation of Application for Allowance

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/04/04<br>HJD | Memo<br>Memo to SLH re: filing of 16th Interim Fee Application. | .10 | 28.50 |

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 90332/0001　　　　　　　　　　　　　　　JUNE 28, 2004
Page 5　　　　　　　　　　　　　　　　　　　　　　　　BILL NO. 128838

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/10/04<br>HJD | Memo<br>Statement of outstanding fees/expenses owed to professionals; forward to C. Ward | .30 | 85.50 |
| 05/17/04<br>HJD | Prepare Interim Applic. for Allowance<br>Fifth Interim Fee Statement | .20 | 57.00 |
| TOTAL PHASE 32 | | .60 | $ 171.00 |

Phase: 35　　　　　　　　　　　　　　　　　　　Fee/Employment Objections

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/04/04<br>EMA | Examine Documents<br>Various monthlies | .40 | 70.00 |
| 05/04/04<br>HJD | Examine Documents<br>Bayard monthly fee application (March); DSI monthly fee application | .30 | 85.50 |
| 05/12/04<br>EMA | Examine Documents<br>Various monthlies and cno's | .40 | 70.00 |
| 05/27/04<br>EMA | Examine Documents<br>Monthlies and memos re same | .30 | 52.50 |
| TOTAL PHASE 35 | | 1.40 | $ 278.00 |
| | TOTAL FOR SERVICES | | $ 3,366.50 |